UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN ROUSE, a/k/a ABDUR RASHID KHALIF, <br><br> Plaintiff, <br><br> v. <br><br> RON VAN BOENING, *et al.*, <br> Defendants. | No. C09-5655 RBL/KLS <br><br> ORDER DIRECTING CLERK TO ISSUE UNSIGNED SUBPOENAS |

Before the Court is Plaintiff's letter to the Clerk requesting that the clerk provide him with ten subpoena duces tecum forms. Dkt. 39. The Clerk will supply subpoenas for use, but does not sign them in blank. After a pro se litigant has completed the subpoena forms, the Clerk signs and returns them to the litigant.

Accordingly, it is **ORDERED**:

1) The **Clerk is directed to send ten blank subpoena duces tecum forms to Plaintiff**. After Plaintiff has completed the subpoena forms, he shall return them to the Clerk, who will sign and return them to Plaintiff.

2) The Clerk is directed to send copies of this Order to Plaintiff.

DATED this  1st  day of June, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1