1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

CALVIN ROUSE, a/k/a ABDUR RASHID
KHALIF,

                              Plaintiff,

        v.

RON VAN BOENING, DENNIS
TABB, JOHN BARNES, LT.
BERSHAN, SHEIR POTIET, JANET
GAINES, MICHAEL HUGHES,
MICHAEL C. HINES, JEFFREY
SMITH, SGT. PEDERSON, and
ELDON VAIL,

                              Defendants.

NO. C09-5655 RBL/KLS

ORDER DENYING MOTION FOR
ALTERNATE DISPUTE
RESOLUTION

        Before the court is Plaintiff's motion for alternative dispute resolution pursuant to CR
39.1(c), to resolve pending discovery issues.  Dkt. 47.   The court previously addressed
Plaintiff's motions for sanctions (Dkt. 42), for the appointment of a special master (Dkt. 45),
and to extend the discovery deadline (Dkt. 46).  Dkt. 47.  In light of those rulings, the present
motion is moot.

        Accordingly, it is **ORDERED:**

        1)        Plaintiff's motion for ADR Resolution (Dkt. 47) is **DENIED as moot**.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2)      The Clerk shall send a copy of this Order to Plaintiff and counsel for
Defendants.


        DATED this  11th  day of August, 2010.


                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER - 2