# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CALVIN ROUSE, a/k/a ABDUR RASHID KHALIF,<br><br>                    Plaintiff,<br><br>   v.<br><br>RON VAN BOENING, DENNIS TABB, JOHN BARNES, LT. BERSHAN, SHEIR POTIET, JANET GAINES, MICHAEL HUGHES, MICHAEL C. HINES, JEFFREY SMITH, SGT. PEDERSON, and ELDON VAIL,<br><br>                    Defendants. | NO. C09-5655 RBL/KLS<br><br>ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

Before the Court is Defendants' Motion for Extension of Time to File Dispositive Motion. Dkt. 58. The current dispositive motions deadline is September 3, 2010 and the deadline for filing the parties' joint status report is October 29, 2010. *See* Pretrial Scheduling Order dated February 24, 2010.

Accordingly, it is **ORDERED:**

(1) Defendants' motion (Dkt. 58) is **GRANTED**.

(2) The deadline for filing dispositive motions is **October 4, 2010.** The deadline for submission of the parties' joint status report is **December 31, 2010.**

ORDER - 1

1  (3) The clerk is directed to send copies of this Order to Plaintiff and to counsel for
2  Defendants.
3
4
5  DATED this  2nd  day of September, 2010.
6
7  Karen L. Strombom
   United States Magistrate Judge
8

ORDER - 2