# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CALVIN ROUSE, a/k/a ABDUR RASHID KHALIF,<br><br>      Plaintiff,<br><br> v.<br><br>RON VAN BOENING, DENNIS TABB, JOHN BARNES, LT. BERSHAN, SHEIR POTIET, JANET GAINES, MICHAEL HUGHES, MICHAEL C. HINES, JEFFREY SMITH, SGT. PEDERSON, and ELDON VAIL,<br><br>      Defendants. | NO. C09-5655 RBL/KLS<br><br>ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

  Before the Court is Defendants' Second Motion for Extension of Time to File Dispositive Motion. Dkt. 62. The current dispositive motions deadline is October 4, 2010 and the deadline for filing the parties' joint status report is December 31, 2010. Dkt. 60. Defendants seek an additional thirty day extension of the dispositive motions deadline now that the parties have completed discovery. Although the motion was noted for October 29, 2010, the court finds the basis for the request to be reasonable.

  Accordingly, it is **ORDERED:**

  (1) Defendants' motion (Dkt. 62) is **GRANTED**.

ORDER - 1

   (2) The deadline for filing dispositive motions is **November 3, 2010.** The deadline for submission of the parties' joint status report is **January 28, 2011.**

   (3) The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

   DATED this __6th__ day of October, 2010.

                   */s/ Karen L. Strombom*
                   Karen L. Strombom
                   United States Magistrate Judge

ORDER - 2