HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABDUR RASHID KHALIF f/k/a CALVIN ROUSE,

    Plaintiff,

    v.

RON VAN BOEING, et al,

    Defendants.

Case No. C09-5655RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for an Extension of Time to Respond to the Report and Recommendation [Dkt. #80]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff requests an extension of time to respond to the Report and Recommendation due to limited access to the law library. The Court notes that Plaintiff did not respond to the Defendants' summary judgment motion that is the subject of the Report and Recommendation and instead filed two motions not germane to the issue in the Defendants' motion.

Plaintiff will be granted his requested extension of time. Plaintiff is cautioned, however, that he may only file an objection to the Report and Recommendation as provided in Fed. R. Civ. P. 72(b). He may not file as objections a response in opposition to the Defendants' summary judgment motion as contemplated by Fed. R. Civ. P. 56(c).

1  Plaintiff's Motion for an Extension of Time is **GRANTED**.  Plaintiff's Rule 72(b) objections shall
2  be due on or before February 14, 2011.  The matter will be noted for consideration for February 18, 2011.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 14th day of January, 2011.

              _____
              RONALD B. LEIGHTON
              UNITED STATES DISTRICT JUDGE