UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN ROUSE,

              Plaintiff,

v.

RON VAN BOENING, DENNIS TABB, JOHN BARNES, LT. BERSHAN, SHEIR POTIET, JANET GAINES, MICHAEL HUGHES, MICHAEL C. HINES, JEFFREY SMITH, SGT. PEDERSON, and ELDON VAIL,

              Defendants.

NO. C09-5655-RBL/KLS

ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE DATE FOR FILING JOINT STATUS REPORT

Before the Court is Defendants' Motion to Continue Date for Filing Joint Status Report. ECF No. 85. The motion is noted for February 11, 2011, but the court finds the basis for the request to be reasonable. Accordingly, it is **ORDERED**:

1. Defendants' motion (ECF No. 85) is **GRANTED**;

2. The parties are directed to confer and provide the court with a joint status report by no later than March 31, 2011; and

3. The Clerk of the Court is directed to send copies of this Order to Plaintiff and counsel for Defendants.

DATED this 1st day of February, 2011.

Ronald B. Leighton
United States District Judge

**09-CV-05655-ORD**

1