UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN ROUSE, a/k/a ABDUR RASHID KHALIF,<br><br>   Plaintiff,<br><br>   v.<br><br>RON VAN BOENING, DENNIS TABB, JOHN BARNES, LET. BERSHAN, SHEIR POTIET, JANET GAINES, MICHAEL HUGHES, MNICHASEL C. HINES, JEFFREY SMITH, SGT. PEDERSON, and ELDON VAIL,<br><br>   Defendants. | No. C09-5655 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation [Dkt. #82], and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (ECF No. 70) is **GRANTED**; all claims against Defendant Hughes are **Dismissed Without Prejudice**; all claims against the remaining Defendants **Dismissed With Prejudice.**

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 23rd day of February, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1