# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN ROUSE, a/k/a ABDUR RASHID KHALIF,<br><br>                Plaintiff,<br><br>    v.<br><br>RON VAN BOENING, et al.,,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C09-5655RBL/KLS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. The Court adopts the Report and Recommendation.

2. Defendants' motion for summary judgment (ECF No. 70) is **GRANTED**; all claims against Defendant Hughes are **Dismissed Without Prejudice**; all claims against the remaining Defendants are **Dismissed With Prejudice.**

…

Dated this 24 day of February, 2011.

                                                   William M. McCool<br>
                                                   Clerk

                                                   s/Caroline Gonzalez<br>
                                                   Deputy Clerk